UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT ONEAL SINGLETARY,<br><br>    Petitioner,<br><br>  v.<br><br>JOE LIZARRAGA,<br><br>    Respondent. | No. 2:16-cv-1750-EFB P<br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. His petition attacks a conviction imposed by the Los Angeles County Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County. *Id.* at 499 n.15; 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED: August 1, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE